NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID P. GESSERT**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3115

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090149-I-2.

---

## ON MOTION

---

## ORDER

Upon consideration of the unopposed motion of the Department of Treasury for leave to withdraw as intervenor,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

SEP 2 2 2010
———————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David P. Gessert
     Calvin Morrow, Esq.
     Michael Goodman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 2 2010

JAN HORBALY
CLERK